In the Matter of the Claim of Louis ROTUNDO, Respondent, against TODD SHIPYARDS CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., dissents. [See post, p. 1106; 280 App. Div. 904.]